IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH ALAN SIERRA, D00119, | ) | |
| Plaintiff(s), | ) | No. C 16-2032 CRB (PR) |
| vs. | ) | ORDER OF TRANSFER |
| DIRECTOR OF CDCR, et al., | ) | (ECF Nos. 2 & 6) |
| Defendant(s). | ) | |

Plaintiff, a prisoner at the California Health Care Facility in Stockton (CHCF), has filed a pro se complaint under 42 U.S.C. § 1983 alleging various violations of his federal constitutional rights. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the viable defendants named reside, in the County of San Joaquin, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions (see ECF Nos. 2 & 6) without prejudice to reasserting in the Eastern District.

SO ORDERED.

DATED: May 17, 2016

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.16\Sierra, K.16-2032.transfer.wpd